❦AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

EASTERN District of TEXAS

UNITED STATES OF AMERICA

V.

HEESHAM BROUSSARD

WDLA: 2:16-MJ-00009

**WARRANT FOR ARREST**

Case Number: 6:13CR97

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    HEESHAM BROUSSARD
                                       Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☑ Violation Notice

charging him or her with  (brief description of offense)

VIOLATING THE CONDITIONS OF PRETRIAL RELEASE

in violation of Title _____ United States Code, Section(s) _____

DAVID A. O'TOOLE
Name of Issuing Officer

CLERK
Title of Issuing Officer

*signature:* David A. O'Toole
Signature of Issuing Officer

1/28/16        Tyler
Date           Location

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |